IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMONT L. CALHOUN,

        Plaintiff,                  No. 2:11-cv-2239 GEB EFB P

    vs.

GOMEZ, et al.,

        Defendants.        <u>ORDER</u>

        After this civil rights action was closed on September 11, 2012, and judgment duly entered, *see* Dckt. Nos. 13, 14, plaintiff filed a motion to submit objections to the July 18, 2012 findings and recommendations and requested leave to file an amended complaint. Dckt. Nos. 15, 16, 17.  The court takes no action on plaintiff's filing as this case is now closed.  Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

        So ordered.

Dated:  October 11, 2012.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE